disposition of Appellant's substantive claims.

Justice TODD joins.

■

Demetrius J. GRANT, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Dec. 21, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2011, the Order of the Commonwealth Court is **AFFIRMED.**